# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 9:14-CR-17 |
| | § | |
| CHARLES KELLY NASH | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial. (Docket No. 29.) No objections have been filed.

Having conducted an independent review, the court concludes that the Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. It is therefore

**ORDERED** that the report and recommendation of the United States magistrate judge on the Defendant's incompetency to stand trial is **ADOPTED**. It is further

**ORDERED** that Charles Kelly Nash be committed to the custody of the Attorney General for hospitalization for such a reasonable period of time, not to exceed four (4) months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed, in accordance with 18 U.S.C. § 4241(d)(1). It is further

**ORDERED** that the director of the facility where Nash is hospitalized promptly file a certificate with the clerk of court when he/she determines that the Defendant has recovered to such

an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, pursuant to 18 U.S.C. § 4241(e). It is further

**ORDERED** that the speedy trial time be excluded from March 3, 2015 until the date of this order.

So **ORDERED** and **SIGNED** this **3** day of **June, 2015.**

_____
Ron Clark, United States District Judge